## UNITED STATES DISTRICT COURT
### DISTRICT OF MAINE

IN RE: APPLICATION OF THE
UNITED STATES OF AMERICA FOR
AN ORDER PURSUANT TO
18 U.S.C. § 2703(d)

No. 2:23-mc-47-KFW

## APPLICATION OF THE UNITED STATES
## FOR AN ORDER PURSUANT TO 18 U.S.C. § 2703(d)

The United States of America, through its undersigned counsel, respectfully files under seal this ex parte application for an order pursuant to 18 U.S.C. § 2703(d) to require Google, LLC, located in Mountain View, California, to provide records and other information pertaining to certain of its subscribers. The records and other information requested are set forth as Attachment A to the Application and to the proposed Order. In support of this Application, the United States says:

### BACKGROUND

1.      The Office of the United States Attorney for the District of Maine and the Federal Bureau of Investigations are investigating the use of the Internet to engage in unlawful cyberstalking, in violation of 18 U.S.C. §§ 2261A, as well as the unlawful access of a computer, in violation of 18 U.S.C. § 1030(a)(2).

2.      The investigation in this case provides reasonable grounds to believe that Google, LLC has records and other information pertaining to certain of its subscribers that are relevant and material to an ongoing criminal investigation.

3.      Google, LLC is an Internet service provider located in Mountain View, California.

4.      Google, LLC is an electronic communications service provider. It provides its subscribers access to electronic communication services, including the Internet.

Therefore, the Government must meet the particular requirements set out in 18 U.S.C. § 2703 in order to obtain access to the records and other information it is seeking.

5.      The government seeks to obtain basic subscriber information, as well as records and other information pertaining to a certain subscriber of Google's. To obtain basic subscriber information, the government needs only a subpoena. 18 U.S.C. § 2703(c)(1)(C). To obtain other records and other information pertaining to subscribers of an electronic communications service, the government must comply with the dictates of Section 2703(c)(1)(B), which provides, in pertinent part:

> A governmental entity may require a provider of electronic communication service or remote computing service to disclose a record or other information pertaining to a subscriber to or customer of such service (not including the contents of communications) only when the governmental entity--
>
> **(A)** obtains a warrant issued using the procedures described in the Federal Rules of Criminal Procedure (or, in the case of a State court, issued using State warrant procedures) by a court of competent jurisdiction;
>
> **(B)** obtains a court order for such disclosure under subsection (d) of this section;
>
> **(C)** has the consent of the subscriber or customer to such disclosure.

6.      Section 2703(d), in turn, provides in pertinent part:

> (d) **Requirements for court order. --**A court order for disclosure under subsection . . . (c) may be issued by any court that is a court of competent jurisdiction and shall issue only if the governmental entity offers specific and articulable facts showing that there are reasonable grounds to believe that the . . . records or other information sought, are relevant and material to an ongoing criminal investigation . . . .

7.      Accordingly, this application sets forth the facts showing that there are reasonable grounds to believe that the records and other information sought from Google are relevant and material to the ongoing criminal investigation of cyberstalking.

## THE RELEVANT FACTS

8.      Since November 2022, the United States has been investigating a cyberstalking campaign involving unauthorized access to victim accounts. As more fully described below, the perpetrator tricked at least one of the victims into providing her account credentials via a phishing scheme, posted sexually explicit images of the Victim on social media without her consent, and attempted to extort the Victim for more pictures. Based on FBI interviews, this conduct has caused the Victim substantial emotional distress and violates Title 18, United States Code, Section 2261A. The FBI is also investigating violations of Title 18, United States Code, Section 1030(a)(2) as part of the harassment campaign.

9.      On August 12, 2021, the Victim reported to the Lincoln County Sheriff's Office that she had received messages on the social media platform Instagram from username "zainaanakhjevani" (display name Zaina Nakhjevani) stating there were sexually explicit pictures of the Victim on the Instagram account of username "caseysgonefishing" (display name Casey Smith). Instagram username "zainaanakhjevani" provided the Victim a few screenshots of pictures from "caseysgonefishing", and the Victim confirmed that the pictures were of her. Username "zainaanakhjevani" also sent the Victim a link that was supposed to take her to where photos were located. The Victim clicked the link, entered in account login information when prompted, but was unable to access the pictures.

10.     The Victim subsequently engaged with username "caseysgonefishing" over Instagram direct message. During the course of the conversation, the "caseysgonefishing" account posted more pictures of the Victim and stated: "Told you I was already on it but you don't trust me lmao[1] yeah ok I could of destroyed you hours ago and chose not too. *(sic)*" Below are some other relevant messages username "caseysgonefishing" sent to the Victim in this exchange:

- "I have alot *(sic)* of logins not just you"

- "I hacked one of your friends" and "Log on to her snap and insta with me and blasts all of her shit"

- "I want to save the rest of the pics I want so I can jerk off to you. Or I can send what I have to all your followers. You can choose"

- "But ill just sent *(sic)* them to everyone idc[2]"

- "If you died tomorrow no one would care"

11.     The Lincoln County Sheriff's Office served a search warrant on Instagram and was able to identify 67.242.58.9 as the IP address used to register the "caseysgonefishing" account on June 15, 2020. Records showed the IP addresses 74.75.23.252 and 2603:7080:c43f:ef98:8dfb:31f6:a0a5:4e5c were used to log into the "caseysgonefishing" account. Legal returns from the internet service provider (ISP) provided the residential address where the IP addresses were being utilized, along with subscriber name BRENT OUELLETTE (OUELLETTE), the telephone number 207-312-2524, and email brent.r.ouellette@gmail.com for the account. These IP addresses were assigned to the above account between May 7, 2021, through September 5, 2021.

---

[1] "lmao" is shorthand slang for, "laughing my ass off."

[2] "idc" is shorthand slang for "I don't care."

12.     In November 2021, the Lincoln County Sheriff's Office executed a search warrant at OUELLETTE's residence and seized a cellular telephone. The phone number for the device was 207-312-2524. Photos that were sent to the Victim by the "caseysgonefishing" Instagram account were present on the device. The device also contained various social media and email accounts.

13.     Google records indicated pjcustomerserviceinstagram@gmail.com was created on October 25, 2020, with IP address 67.242.58.9, the same IP address that registered the "caseysgonefishing" Instagram account.

14.     Activity related to the email address jennwill1217@gmail.com was present on OUELLETTE's device. Records provided by Snapchat in December 2022 showed that the Snapchat account with username "jennxox017" was associated with the email account jennwill1217@gmail.com. The IP address 74.75.23.253 was used to login to the "jennxox017" Snapchat account around the same day and time the IP address was used to log into the "caseysgonefishing" Instagram account. In interviews, the Victim recalled username "jennwill1217" (or something similar to that name) adding her on Snapchat.

15.     Multiple social media and email accounts present on OUELLETTE's device had variations of the name "Zaina Nakhjevani" and are listed below:

- Records provided by Instagram in December 2022 show the email jadeprice1217@gmail.com was used to create the "zainaahluwalia" account;

- Records provided by Snapchat in December 2022 show the email account zainaanakhjevani@gmail.com was the email for the "zainaahluwalia" and "zainanakhjevani" accounts; and

- Records provided by Google in December 2022 show the name associated with the email account zainaanekhjavni@gmail.com was "Zania nakhjevani".

16.     The Victim received a friend request on Snapchat sometime between August 12, 2021, and August 24, 2021 from the username "ouellette62". According to records provided by Snapchat in December 2022, the Snapchat username "ouellette62"

had been associated with the following email accounts: brentlacombe@gmail.com, brentsspam00@gmail.com, bostoncastingllc@gmail.com, khaldrogokali@gmail.com, and the telephone number 207-312-2524. Records from Google in December 2022 showed the email account brentsspam00@gmail.com was registered on June 26, 2021, with the telephone number 207-312-2524.

17.    The investigation also seeks to identify the accounts of other potential victims which were compromised by the perpetrator. Screenshots from a program called Zphisher, as well as the application used to run the program, Termux, were present on OUELLETTE's device. Zphisher is used to create links that, once clicked, emulate login screens from known social media and email providers. Once an individual enters their username or email and password into the login prompt, the credentials are captured and stored in a text file accessible to the person who provided the link. These stolen credentials can be used to get into the account provided and possibly other accounts that use the same or similar login information. Screenshots present in OUELLETTE's device appeared to be of the text file associated with the Zphisher program and displayed at least three other victims' login credentials. The personal accounts of known potential victims are amberleighh7@hotmail.com, bricampana96@gmail.com, kristinabickford13@gmail.com, and flasher.kelli@yahoo.com. [3]

Records sought by this order would also help identify devices accessing these accounts which do not belong to the victims.

---

[3] Separate applications are being submitted herewith for orders directing Yahoo and Microsoft to produce records related to Yahoo and Hotmail email accounts.

## CONCLUSION

18.    Based on the investigation to date, we believe that the perpetrator has used at least ten (10) known Google email addresses to engage in potentially criminal conduct. At least two potential victims had Google email addresses that may have been compromised by the perpetrator or the credentials for those Google email accounts were used by the perpetrator to compromise the victims' associated social media accounts. Information regarding OUELLETTE's and the victims' Google email accounts will potentially yield evidence of this unlawful activity.

19.    The specific and articulable facts stated above accordingly provide reasonable grounds to believe that the records being sought are relevant and material to the ongoing investigation in that they will assist investigators in identifying the targets, tools used to conduct the criminal activity, and victims of the investigation.

20.    The information requested on Attachment A should be readily accessible to Google, and its production should not prove to be burdensome.

21.    The United States further requests, pursuant to 18 U.S.C. § 2705(b), that this Application and Order be sealed by the court until such time as the court directs otherwise, and that Google be ordered not to disclose the existence or content of the Order, except to the extent necessary to carry out the Order. Disclosure of the Order at this time to subscribers of these accounts would seriously jeopardize the investigation.

22.    WHEREFORE, the United States respectfully requests that the court enter the attached Order, directing Google to provide the United States with the records and information described in Attachment A to the Order, further ordering that the Application and Order be sealed, and further ordering that Google be directed not to

disclose the existence or content of the Order, except to the extent necessary to carry out the Order.

Date:  January 30, 2023                    Respectfully Submitted:

                                           DARCIE N. MCELWEE
                                           United States Attorney

                                           */s/ Sheila W. Sawyer*

                                           Sheila W. Sawyer
                                           Assistant United States Attorney
                                           U.S. Attorney's Office
                                           100 Middle Street
                                           Portland, Maine 04101
                                           (207) 780-3257
                                           Sheila.Sawyer@usdoj.gov

**ATTACHMENT A**

*Location to be Searched*

The warrant applies to electronic data contained within Suspect's Google

accounts, namely those associated with the following:

| Timeframe | Email Address |
|---|---|
| 08/26/2013 to Present | brent.r.ouellette@gmail.com |
| 04/27/2015 to Present | jennwill1217@gmail.com |
| 08/28/2019 to Present | jadeprice1217@gmail.com |
| 08/06/2021 to Present | zainaanakhjevani@gmail.com |
| 03/21/2021 to Present | zainaanekhjavni@gmail.com |
| 01/14/2011 to Present | brentlacombe@gmail.com, |
| 06/26/2021 to Present | brentsspam00@gmail.com |
| 05/15/2021 to Present | bostoncastingllc@gmail.com |
| 08/11/2021 to Present | khaldrogokali@gmail.com |
| 10/25/2020 to Present | pjcustomerserviceinstagram@gmail.com |
| 01/01/2021 to Present | bricampana96@gmail.com |
| 01/01/2021 to Present | kristinabickford13@gmail.com |

that is stored at premises owned, maintained, controlled, or operated by Google LLC, a

company headquartered at 1600 Amphitheater Parkway, Mountain View, CA 94043.